**Motion Granted and Order filed February 15, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00510-CR
_____

**SHARON DENISE PHILLIPS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1448558**

## ORDER

Appellant is represented by appointed counsel, Danny Easterling. Appellant's brief was originally due November 9, 2017. We have granted extensions to file appellant's brief through February 8, 2018. No brief was filed. On February 6, 2018, counsel filed a further request for extension of time to file appellant's brief. We grant the request for extension and issue the following order.

We order Danny Easterling to file a brief with the clerk of this court on or before **March 8, 2018**. No further extensions of time will be granted absent exceptional circumstances. Additionally, if counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.